07-1570, Craig B. Fullfast, Incorporated, HSS.   07-1570,